

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00104-CR

_____

LAWRENCE S. GRAHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 41,149-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Lawrence S. Graham, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Graham and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     November 5, 2012
Date Decided:     November 6, 2012

Do Not Publish